UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-103-1-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | **ORDER** |
| | ] | |
| MARCUS ANTHONY LOPEZ | ] | |

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge, presiding over the District Court for the Eastern District of North Carolina, Eastern Division, upon Motion of Defendant, by and through counsel, Richard A. Diener, to seal the Sentencing Memorandum filed in the above-captioned matter on March 6, 2013, and it appearing to the Court that the request is proper in its discretion;

IT IS THEREFORE ORDERED ADJUDGED and DECREED that Defendant's Sentencing Memorandum filed March 6, 2013, be sealed, and that Defendant's Motion to Seal filed March 6, 2013, be sealed.

This 6th day of March 2013.

                                                                 Malcolm J. Howard
                                                                 Senior United States District Judge